# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2320

_____

Gary R. Barnes,

              Appellant,

      v.

City of Coon Rapids, Minnesota,

              Appellee.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: February 5, 2010
Filed: February 23, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Gary R. Barnes appeals the district court's[1] adverse grant of summary judgment in his suit against his former employer, the City of Coon Rapids, Minnesota , alleging negligence and violations of the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq. (ADA). On appeal, he also asserts a retaliation claim. After carefully reviewing de novo the grant of summary judgment on Barnes's ADA claims, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we find no basis for reversal. We decline to consider either Barnes's negligence claim, which he does not

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

address on appeal, <u>see</u> <u>Griffith v. City of Des Moines</u>, 387 F.3d 733, 739 (8th Cir. 2004) (claims not briefed on appeal are deemed abandoned), or his retaliation claim, which he presents for the first time on appeal, <u>see</u> <u>Stone v. Harry</u>, 364 F.3d 912, 914 (8th Cir. 2004).

Accordingly, the judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____